# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| The Antioch Company, LLC | Case No. 13-41898 |
| Debtor. | Chapter 11 Case |
| Antioch International, LLC | Case No. 13-41899 |
| Debtor. | Chapter 11 Case |
| Antioch International—Canada, LLC | Case No. 13-41900 |
| Debtor. | Chapter 11 Case |
| Antioch International—New Zealand, LLC | Case No. 13-41901 |
| Debtor. | Chapter 11 Case |
| Creative Memories Puerto Rico, LLC | Case No. 13-41902 |
| Debtor. | Chapter 11 Case |
| Antioch Framers Supply, LLC | Case No. 13-41903 |
| Debtor. | Chapter 11 Case |
| zeBlooms, LLC | Case No. 13-41904 |
| Debtor. | Chapter 11 Case |

## DECLARATION OF RELATEDNESS OF CHAPTER 11 CASES

1. I am the CEO of The Antioch Company, LLC, and authorized representative of each of the other debtors. I submit this declaration to comply with paragraph 3 of the Chapter 11 Instructions for the United States Bankruptcy Court for the District of Minnesota.

2. On April 16, 2013, The Antioch Company, LLC and each of the other debtors listed above each filed petitions under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota.

3. The Antioch Company, LLC and each of the other debtors are related entities. The Antioch Company, LLC is the parent company of Antioch Framers Supply, LLC, Antioch International, LLC and zeBlooms, LLC. Antioch International, LLC is the parent company of Creative Memories Puerto Rico, LLC, Antioch International-Canada, LLC and Antioch International-New Zealand, LLC.

{4252144:}

4. The Debtors intend to file an expedited Motion for joint administration of their Chapter 11 cases.

5. I declare under penalty of perjury that the information contained in this declaration is true and correct according to the best of my knowledge, information, and belief.

Dated: April 16, 2013

_____
Chris Veit
CEO