**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                         Chapter 11 Case No. 13-41898

    The Antioch Company, LLC, et al.,

                                                          **(Jointly Administered)**

    Debtor(s).[1]
_____

[1]Jointly Administered estates of the following Debtors:   The Antioch Company, LLC Case No. BKY 13-41898, Antioch International, LLC Case No. BKY 13-41899, Antioch International—Canada, LLC Case No. BKY 13-41900, Antioch International—New Zealand, LLC Case No. BKY 13-41901, Creative Memories Puerto Rico, LLC Case No. BKY 13-41902, Antioch Framers Supply, LLC Case No. BKY 1 3-41903 and zeBlooms, LLC Case No. BKY 13-41904

---

**APPOINTMENT OF COMMITTEE OF UNSECURED**
**CREDITORS IN CHAPTER 11 CASE**

---

The U.S. Trustee for Region 12 hereby appoints the following persons or entities to the Official Committee of Unsecured Creditors in the above case:

1. Creditor:  Sharon Holmlund
   Address:  1315 Cassins Street
             Carlsbad, CA 92011

   Contact Person: Sharon Holmlund    Email:   SharonHolmlund@gmail.com
                   Phone: 760-804-0590

2. Creditor:  Dawn Oldham
   Address:  7537 Pointview Circle
             Orlando, FL 32836

   Contact Person: Dawn Oldham    Email:   Cmtidbits@aol.com
                   Phone: 407-222-9776

3. Creditor: Karis Bellisario
   Address: 3409 Ramsgate Way
   Fort Smith, AR 72902

   Contact Person: Karis N. Bellisario   Email: KarisCM@cox.net
   Phone: 479-420-6354

4. Creditor: Christy J. Keyton
   Address: 4 Woodmere Drive
   Dothan, AL 36301

   Contact Person: Christy J. Keyton   Email: srdirck@aol.com
   Phone: 334-791-1821

5. Creditor: LF Centennial Pte, Ltd.
   Address: 12 Princeton Drive
   Tappan, NY 10983

   Contact Person: c/o Martin Leder   Email: martyleder@lfusa.com
   Phone: 845-365-3577

6. Creditor: Range Printing
   Address: 1022 Madison Street
   Brainerd, MN 56401

   Contact Person: Paul Niccum
   Phone: 218-829-5982

7. Creditor: Lyn Johnson
   15545 Quickert Road
   Saratoga, CA 95070   Phone: 408-872-0438

   Contact: Lyn Johnson   Email: Lynj@inst.net
   Phone: 408-872-0438

Sharon Holmlund is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

April 24, 2013                                  Respectfully submitted,

                                                      DANIEL M. MCDERMOTT
                                                     United States Trustee
                                                     Region 12

                                    By:    /e/Michael R. Fadlovich
                                                   Michael R. Fadlovich
                                                   Trial Attorney
                                                   Atty ID #158410
                                                   U.S. Trustee's Office
                                                   300 South Fourth St., #1015
                                                   Minneapolis, MN   55415
                                                   (612) 334-1350

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                         Chapter 11 Case No. 13-41898
        The Antioch Company, LLC, et al.,

                                                                                       **(Jointly Administered)**

        Debtor(s).[1]
_____

[1]Jointly Administered estates of the following Debtors: The Antioch Company, LLC Case No. BKY 13-41898, Antioch International, LLC Case No. BKY 13-41899, Antioch International—Canada, LLC Case No. BKY 13-41900, Antioch International—New Zealand, LLC Case No. BKY 13-41901, Creative Memories Puerto Rico, LLC Case No. BKY 13-41902, Antioch Framers Supply, LLC Case No. BKY 1 3-41903 and zeBlooms, LLC Case No. BKY 13-41904

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is an employee in the Office of the United States Trustee for the District of Minnesota and is a person of such age and discretion as to be competent to serve papers. That on April 24, 2013, she served a copy of the attached: **APPOINTMENT OF COMMITTEE OF UNSECURED CREDITOR S IN A CHAPTER 11 CASE**, by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

**Douglas W Kassebaum**
Fredrikson & Byron P.A.
200 South Sixth St
Ste 4000
Minneapolis, MN 55402

**Sean D. Malloy**
McDonald Hopkins LLC
600 Superior Ave E
Suite 2100
Cleveland, OH 44114

Sharon Holmlund
1315 Cassins Street
Carlsbad, CA 92011

Dawn Oldham
7537 Pointview Circle
Orlando, FL 32836

Karis Bellisario
3409 Ramsgate Way
Fort Smith, AR

Marty Leder
LF Centennial Pte, Ltd.
12 Princeton Drive
Tappan, NY 10983

Lyn Johnson
15545 Quickert Road
Saratoga, CA 95070

Christy J. Keyton
1801 West Main Street Suite 2
Dothan, AL 36301

Paul Niccum
Range Printing
1022 Madison Street
Brainerd, MN 56401

**By: /e/Lilia Serna de Coronado**
**Office of the United States Trustee**
**300 South 4th Street**
**Minneapolis, MN 55415**